UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EGGMAN,

Petitioner,

v.

JANAN CAVAGNOLO,

Respondent.

No. 2:25-cv-00824-DAD-EFB (HC)

ORDER

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis and request for appointment of counsel.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. *See* 28 U.S.C. § 1915(a).

Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted;
2. Respondent is directed to file a response to petitioner's habeas petition within sixtydays from the date of this order. *See* Rule 4, 28 U.S.C. foll. § 2254. An answer shallbe accompanied by all transcripts and other documents relevant to the issuespresented

in the petition. *See* Rule 5, 28 U.S.C. foll. § 2254. *Such response must address petitioner's request that his pending state criminal proceedings be stayed* (ECF No. 1 at 2);

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;
4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and
5. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

DATED: July 20, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE